**MANDATE**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 7/1/08
Docket Number: 08-2410-op
Short Title: Brown v. USA

*UNITED STATES COURT OF APPEALS FILED JUL 0 1 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

DC Docket Number: 08-cv-3949
DC:   SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 01st day of July, two thousand eight.

Brown v. United States of America

**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to Liriano v. USA**, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

**CERTIFICATE OF MAILING**

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Atasha Joseph, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____ DEPUTY CLERK

ISSUED AS MANDATE: 07/01/08